Charles Banks, Appellant, *v.* The New York Club, Respondent.*

(Argued April 24, 1894; decided June 5, 1894.)

Appeal from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made the first Monday of March, 1893, which over-ruled plaintiff's exceptions and directed judgment in favor of defendant upon a verdict directed by the court.

*John C. Coleman* for appellant.

*Ira D. Warren* for respondent.

Agree to affirm on opinion below.
All concur, except Peckham and Gray, JJ., not voting.
Judgment affirmed.

---

James M. Hazelwood, Appellant, *v.* Daniel Staring et al., Respondents.

(Submitted April 24, 1894; decided June 5, 1894.)

Appeal from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made December 9, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Thompson & Chapman* for appellant.

*Elon R. Brown* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

* Reported below, 68 Hun, 92.